

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-18-00050-CV

_____

ANTHONY JOSEPH PIAZZA, JR., Appellant

V.

CAROLYN NEILL JENNINGS, Appellee

On Appeal from the 123rd District Court
Shelby County, Texas
Trial Court No. 16CV33571

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Moseley

# MEMORANDUM OPINION

Appellant Anthony Joseph Piazza, Jr., has filed a motion with this Court[1] seeking to voluntarily dismiss this appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted. *See* TEX. R. APP. P. 42.1(a)(1). Accordingly, we dismiss this appeal.

Bailey C. Moseley
Justice

Date Submitted:     July 16, 2018
Date Decided:       July 17, 2018

---

[1]Originally appealed to the Twelfth Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013). We are unaware of any conflict between precedent of the Twelfth Court of Appeals and that of this Court on any relevant issue. *See* TEX. R. APP. P. 41.3.